# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Zachary Fridline, *on behalf of himself and all other similarly situated*<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Millennia Tax Relief,<br><br>　　　LLC<br><br>　　Defendant | No. 4:23-cv-00656 MWB |

## **DEFAULT**

    Pursuant to Request for Entry of Default, default is hereby entered against Defendant Millennia Tax Relief, LLC for failure to answer, plead or otherwise respond to the complaint in this matter.

                                                                        Peter Welsh, Clerk of Court
                                                                       s/ Emily C. Aikey, Deputy Clerk

06/12/2023