IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZACHARY FRIDLINE, | No. 4:23-CV-00656 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MILLENNIA TAX RELIEF, LLC, | |
| Defendant. | |

## ORDER

**MARCH 29, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Zachary Fridline's Motion for Default Judgment (Doc. 9) is **GRANTED**;

2. Default Judgment is entered against Defendant Millennia Tax Relief, LLC;

3. Defendant shall pay $15,000 in damages; and

4. The case is dismissed, and the Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge